# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

ROBERT R. DI TROLIO
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

04/25/2005

RE:   Triple H Dist v. Schwarzkopf & Dep
      04-2108

Dear Counsel:

It appears in the above referenced cause that the parties are unable to agree on the taxation of costs.

Pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, the Clerk will tax costs on Friday May 13, 2005 at 10:30a.m., in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk will accept the citation of any law the parties think appropriate, but such submissions must be received no later than one week prior to the scheduled hearing.

Sincerely,

Robert Di Trolio, Clerk

by:

Deputy Clerk

/jml
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:04-CV-02108 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

John A. Lucas
HUNTON & WILLIAMS
900 S. Gay St.
Knoxville, TN 37902

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

John T. Winemiller
HUNTON & WILLIAMS
P.O. Box 951
Knoxville, TN 37901

Robert DiTrolio
U.S. DISTRICT COURT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT