AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__Western__ District of __Tennessee__

Triple H Distribution

V.

Schwarzkopf & Dep, Inc. et al

**BILL OF COSTS**

Case Number: 2:04cv2108

Judgment having been entered in the above entitled action on __3/24/2005__ against __Plaintiff__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................... | $ 150.00 |
| Fees for service of summons and subpoena ................................... | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,145.07 |
| Fees and disbursements for printing ......................................... | 0.00 |
| Fees for witnesses (itemize on reverse side) ................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 0.00 |
| Docket fees under 28 U.S.C. 1923 ........................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals .............................. | 0.00 |
| Compensation of court-appointed experts .................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ................................................ | 0.00 |
| TOTAL | $ 2,295.07 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Adam Nahmias, Esquire__.

Signature of Attorney: _____

Name of Attorney: __John T. Winemiller__

For: __Henkel Corp., for itself and as successor by merger to Schwarzkopf & Dep, Inc.__   Date: __4/21/05__

Name of Claiming Party

Costs are taxed in the amount of __$2,108.07__ and included in the judgment.

Clerk of Court _____   By: _____   __5/23/05__
Deputy Clerk   Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

89

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
     "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
     "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
     "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
at MEMPHIS

| | |
|---|---|
| TRIPLE H DISTRIBUTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:04-CV-2108 |
| | ) Mays/Anderson |
| SCHWARZKOPF & DEP, INC. AND | ) |
| HENKEL CORPORATION | ) |
| | ) |
| Defendants. | ) |

## ITEMIZATION OF COSTS

**Deposition of Gene Hamilton:**

| Description | Total |
|---|---:|
| Attendance - Deposition | $160.00 |
| Original & Copy (expedite) | $1,078.47 |
| Exhibits | $1.00 |
| Binding/Handling | $37.00 |
| Notary Fee | $4.00 |

A copy of the documentation to support these charges is attached as Exhibit A.

### Deposition of Larry Hamilton:

| Description | Total |
|---|---:|
| Original & Copy | $573.10 |
| Exhibits | $1.50 |
| Notary Fee | $4.00 |

A copy of the documentation to support these charges is attached as Exhibit B.

### Deposition of Ernie Becker:

| Description | Total |
|---|---:|
| Copy | $286.00 |

A copy of the documentation to support these charges is attached as Exhibit C.

64926.000003 KNOXVILLE 37830v1



# ALPHA REPORTING CORPORATION
*"1ST IN REPORTING AND SERVICE"*

**Invoice Date:** Wednesday, December 15, 2004
**Invoice #:** 2949CAF

John Lucas
Hunton & Williams LLP
Riverview Tower, 900 Gay Street
Suite 2000
Knoxville, TN 37902

**Remit to:**
100 North Main Building, Lobby
Memphis, Tennessee 38103

(901) 523-8974    FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number
62-1162456

Terms: Payable upon receipt
1.5% per month

| | |
|---|---|
| Witness: | Hamilton, Gene |
| Case: | Triple H. Disttribution, Inc. vs. Schwarzkopf & Dep, Inc. & Henkel Corporati |
| Venue: | |
| Case #: | 2:04-CV-2108 |
| Date: | 12/7/2004 |
| Start Time: | 9:00 AM |
| End Time: | 3:45 PM |
| Reporter: | rley, Alpha Productions |
| Claim #: | |
| File #: | 4791LNW |

| Description | Total |
|---|---|
| Attendance - Deposition | $160.00 |
| Original & 1 Copy (Expedite) | $1,078.47 |
| Condensed | $51.75 |
| Disk - 2 Files | $25.00 |
| Exhibits - Scan, Copy, Tab & Bind | $1.00 |
| Binding/Handling | $37.00 |
| Notary Fee | $4.00 |
| 2/25/2005 finance charge | $48.19 |
| **Sub Total** | **$1,405.41** |
| **Payments** | **$0.00** |
| **Balance Due** | **$1,405.41** |

## Method of Payment:

Check Enclosed
Please make check payable to:
Alpha Reporting Corporation

Charge my credit card:
___ VISA    ___ MasterCard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #        Exp. Date        Daytime Telephone

**Payment Due Upon Receipt of Invoice**



Tuesday, December 28, 2004         5712MA

**Remit to:**

100 North Main Building, Lobby
Memphis, Tennessee 38103

(901) 523-8974        FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

John Winmiller
Hutton & Williams
Riverview Tower 900 South Gay St.
Suite 2000
Knoxville, TN 37902

Tax Number          Terms: Payable upon receipt
62-1162456          1.5% per month

| | |
|---|---|
| Witness: | Hamilton, Gene |
| Case: | Triple H. Disttribution, Inc. vs. Schwarzkopf & Dep, Inc. & Henkel Corporati |
| Venue: | |
| Case #: | 2:04-CV-2108 |
| Date: | 12/7/2004 |
| Start Time: | 9:00 AM |
| End Time: | 3:45 PM |
| Reporter: | rley, Alpha Productions |
| Claim #: | |
| File #: | 4791LNW |

| Description | Total |
|---|---|
| Video Appearance | $320.00 |
| Video Additional Hour/Hours | $225.00 |
| Mini DV | $100.00 |
| Shipping/Handling | $15.00 |
| Sub Total | $660.00 |
| Payments | $0.00 |
| Balance Due | $660.00 |

**Method of Payment:**

___ Check Enclosed            ___ Charge my credit card:
Please make check payable to:        ___ VISA   ___ MasterCard

Signature (as it appears on your credit card)

Alpha Reporting Corporation

Print Name (as it appears on your credit card)

Credit Card #              Exp. Date        Daytime Telephone

**Payment Due Upon Receipt of Invoice**

# ALPHA REPORTING CORPORATION
*"1ST IN REPORTING AND SERVICE"*

Wednesday, December 15, 2004   2951CAF

**Remit to:**
100 North Main Building, Lobby
Memphis, Tennessee 38103

(901) 523-8974   FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

John Lucas
Hunton & Williams LLP
Riverview Tower, 900 Gay Street
Suite 2000
Knoxville, TN 37902

Tax Number: 62-1162456
Terms: Payable upon receipt
1.5% per month

| | |
|---|---|
| Witness: | Hamilton, Lawrence |
| Case: | Triple H. Disttribution, Inc. vs. Schwarzkopf & Dep, Inc. & Henkel Corporati |
| Venue: | |
| Case #: | 2:04-CV-2108 |
| Date: | 12/7/2004 |
| Start Time: | 9:00 AM |
| End Time: | 3:45 PM |
| Reporter: | Kristy Farley |
| Claim #: | |
| File #: | 810cap |

| | |
|---|---|
| Original & 1 Copy (Expedite) | $573.10 |
| Condensed | $27.50 |
| Exhibits - Scan, Copy, Tab & Bind | $1.50 |
| Notary Fee | $4.00 |
| Sub Total | $606.10 |
| Payments | $0.00 |
| Balance Due | $606.10 |

## Method of Payment:

☐ Check Enclosed
Please make check payable to:
Alpha Reporting Corporation

☐ Charge my credit card:
☐ VISA   ☐ MasterCard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #       Exp. Date       Daytime Telephone

***Payment Due Upon Receipt of Invoice***

# PRECISE
## REPORTING, INC.

Fed. ID# 62-1652580

Post Office Box 876 • Seymour, TN 37865-0876
Telephone (865) 908-6565 • Toll Free (888) 768-6565 • Fax (865) 428-5919
e-mail: precisereporters@aol.com • web: www.precisereporting.net

*Court reporters located throughout Tennessee*

DATE: January 16, 2005     INVOICE # 3554

John T. Winemiller, Esquire
Hunton & Williams
900 S. Gay Street, Suite 2000
Knoxville, TN 37902

RE: Triple H Distribution, Inc. vs.
Schwarzkopf & Dep, Inc. and Henkel Corporation
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT
MEMPHIS
Case No. 2:04-CV-2108

REPORTER: Karen Oteri

| Date of Service | Description | Amount |
| --- | --- | --- |
| 1/11/05 | One transcript copy of Ernest Becker | $286.00 |
| | Condensed transcript/Indexing – Complimentary | n/c |
| | One ASCII Disk – Complimentary | n/c |
| | Delivered 1/16/05 | |
| | **TOTAL AMOUNT DUE** | **$286.00** |

**THANK YOU FOR YOUR BUSINESS!**

*All invoices are due within 30 days. Otherwise, late fees and collection costs will be added to the invoice amount.*

ORIGINAL

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:04-CV-02108 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

John A. Lucas
HUNTON & WILLIAMS
900 S. Gay St.
Knoxville, TN 37902

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John T. Winemiller
HUNTON & WILLIAMS
P.O. Box 951
Knoxville, TN 37901

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Robert DiTrolio
U.S. DISTRICT COURT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Honorable Samuel Mays
US DISTRICT COURT