IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 28 PM 3: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| TRIPLE H DISTRIBUTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-2108 Ma A |
| SCHWARZKOPF & DEP, INC. and | ) | |
| HENKEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER DENYING PLAINTIFF'S MOTION APPEALING
TAXATION/BILL OF COSTS

Before the court is Plaintiff's motion appealing taxation of
costs under Rule 54(d)(1). Plaintiff argues that the Clerk's
taxation of costs was premature because, when costs were taxed, a
motion to alter or amend judgment under Fed. R. Civ. P. 59(e) was
before the court. Generally, a motion to tax costs should be
stayed until any motion to alter or amend judgment has been
decided. Because Plaintiff did not request a stay or raise any
objection to the taxation of costs before or at the time of the
Clerk's hearing on the matter, however, the court deems the
objection waived.

For the foregoing reasons, Plaintiff's motion is DENIED.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9·29·05___

9.3

So ordered this 27th day of September 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:04-CV-02108 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Robert DiTrolio
U.S. DISTRICT COURT
167 N. Main St.
Ste. 242
Memphis, TN 38103

John T. Winemiller
HUNTON & WILLIAMS
P.O. Box 951
Knoxville, TN 37901

James L. Holt
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

John A. Lucas
HUNTON & WILLIAMS
900 S. Gay St.
Knoxville, TN 37902

Honorable Samuel Mays
US DISTRICT COURT